No. 778. STANDARD OIL COMPANY v. UNITED STATES ET AL. January 19, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit

denied. *Mr. George W. P. Whip* for petitioner. *Mr. Solicitor General Beck, Mr. J. Frank Staley* Special Assistant to the Attorney General, *Mr. Arthur M. Boal* and *Mr. Frederick R. Conway* for respondents.